JUDGE SWAIN

08 CV 3684

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wink NYC, Inc.<br><br>Plaintiff,<br><br>-V-<br><br>Wink New York, Inc.; and, John Doe 1,<br><br>Defendant. | Case No.<br><br><br><br>Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff Wink NYC, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

- NONE -

Date: _____ **April 16, 2008** _____

**Signature of Attorney**

**Attorney Bar Code:** RLT 1027