DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
HOLTSVILLE NY    00501

DATE OF THIS NOTICE:  12-26-2002
NUMBER OF THIS NOTICE:  CP 575 E
EMPLOYER IDENTIFICATION NUMBER:  11-3667468
FORM:  SS-4
0133225920  O

FOR ASSISTANCE CALL US AT:
1-800-829-1040

ERIC   SCALA
WINK NEW YORK
76 RT 5 APT 1B
EDGEWATER  NJ    07020

OR WRITE TO THE ADDRESS
SHOWN AT THE TOP LEFT.

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER (EIN)

Thank you for your Form SS-4, Application for Employer Identification Number
(EIN).  We assigned you EIN 11-3667468.  This EIN will identify your business account,
tax returns, and documents, even if you have no employees.  Please keep this notice in
your permanent records.

Use your complete name and EIN shown above on all federal tax forms, payments and
related correspondence.  If you use any variation in your name or EIN, it may cause
a delay in processing and incorrect information in your account.  It also could cause
you to be assigned more than one EIN.

If you want to apply to receive a ruling or a determination letter recognizing
your organization as tax exempt, and have not already done so, you should file Form
1023/1024, Application for Recognition of Exemption, with the IRS Ohio Key District
Office.  Publication 557, Tax Exempt Status for Your Organization, is available at
most IRS offices and has details on how you can apply .

Exhibit

A

Keep this part for your records.              CP 575 E (Rev. 1-200

--------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please
correct any errors in your name or address.

CP 575 E

0133225920

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  12-26-2002
(     )      -                              EMPLOYER IDENTIFICATION NUMBER:  11-3667468
_____     _____        FORM:  SS-4

INTERNAL REVENUE SERVICE
HOLTSVILLE  NY    00501

ERIC   SCALA
WINK NEW YORK
76 RT 5 APT 1B
EDGEWATER  NJ    07020

# DANI II INC

101-32 DUPONT STREET
PLAINVIEW, NY - 11803
TEL: 516-576-1000  FAX: 516-576-1003

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/18/2003 | 6129 |

| BILL TO | SHIP TO |
|---|---|
| WINK NEW YORK<br>3965 Long Beach Road<br>Island Park, NY | WINK NEW YORK<br>3965 Long Beach Road<br>Island Park, NY |

| P.O. NUMBER | TERMS | DEPT | SHIP DATE | VIA | F.O.B. | VENDOR No. |
|---|---|---|---|---|---|---|
|  | NET-30 |  | 12/18/2003 |  | NY WAREHOUSE |  |

| ITEM CODE | DESCRIPTION | QUANTITY | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 2153 | BLK/WHT ZEBRA SHEER     OLIVE | 12 | 9.00 | 108.00 |
| 2153 | BLK/WHT ZEBRA SHEER     BLACK | 6 | 10.00 | 60.00 |
|  | EVEN EXCHANGE, 2PC  STYLE 2153 OLIVE SIZE S |  |  |  |

*[handwritten: Mike]*

*[handwritten: Exhibit B]*

*[handwritten: pd ck# 127 2/19/04]*

| | Total | 162.— $168.00 |
|---|---|---|

**This is a free Starter Web Page courtesy of** GoDaddy.com, Inc..



280 Merrick Road
Rockville Centre, NY 11570
(516)255-WINK

# Coming Soon!

### www.winknewyork.com

Located on the corner of Merrick Road and Park Avenue, Wink New York is open for your shopping pleasure. We carry all the latest women's fashions, including accessories, handbags, belts and more! Patronized by style conscious and fashion savvy shoppers, Wink New York remains your number one source for the hottest trendy fashions. Our great prices along with unique items makes us the stylish woman's number one choice for great deals on fashion. Whether shopping for a great gift, or adding to your wardrobe, Wink New York offers personalized service. Come by and see us. Don't forget to check back, our new website will be up and running soon.***Please note, "Wink New York" is it's own entity located on the South Shore of Long Island and has no relation to any business in Manhattan or any other business with similiar name***

**Email us at:** winkny@aol.com
**Visit us at:** www.myspace.com/winknewyork



**Find a domain name:**

www.                    .com        GO

**Domain Names** - **$9.99*/yr**

☑ Transfer Domains        **$6.99***

*Plus ICANN fee of 20 cents per domain name year.

Exhibit

C

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: WINK NEW YORK, INC.

Selected Entity Status Information

**Current Entity Name:** WINK NEW YORK, INC.
**Initial DOS Filing Date:** DECEMBER 12, 2005
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
WINK NEW YORK, INC.
280 MERRICK RD
ROCKVILLE CENTRE, NEW YORK, 11570
**Chairman or Chief Executive Officer**
SUSAN SUYAMA
280 MERRICK RD
ROCKVILLE CENTRE, NEW YORK, 11570
**Principal Executive Office**

*EXHIBIT*

WINK NEW YORK, INC.
280 MERRICK RD
ROCKVILLE CENTRE, NEW YORK, 11570
**Registered Agent**

*D*

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: WINK NYC INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | WINK NYC INC. |
| **Initial DOS Filing Date:** | SEPTEMBER 01, 2005 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

WINK NYC INC.
401 WASHINGTON STREET, 3RD FLR
NEW YORK, NEW YORK, 10013

**Chairman or Chief Executive Officer**

STEPHEN WERTHER
C/O WINK 401 WASHINGTON ST.
NEW YORK, NEW YORK, 10013

**Principal Executive Office**

WINK NYC INC.
401 WASHINGTON ST
NEW YORK, NEW YORK, 10013

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

EXHIBIT

E

» Start a domain search:  [com ▼] GO!  Today's Offers

**Go Daddy.com**
The web is your **Domain!**™

ICANN  Domain Confirmation

GET .TV  $17.99 .TV SALE!
The perfect domain for video & entertainment!

24/7 Sales & Support: (480)505-8877

**BOB PARSONS.TV**
Danica Wins! How we signed her.
History-making race footage.
Why we did not sign Paris Hilton.

Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans

**WHOIS**
Search Results for:  WINKNEWYORK.COM

**Search Again**
Enter a Domain Name to Check

[          ] .com [GO!]

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: WINKNEWYORK.COM
Created on: 13-Dec-02
Expires on: 13-Dec-08
Last Updated on: 28-Sep-07

Administrative Contact:
Private, Registration WINKNEWYORK.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Technical Contact:
Private, Registration WINKNEWYORK.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Domain servers in listed order:
NS29.DOMAINCONTROL.COM
NS30.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited

**Available TLDs**

| | |
|---|---|
| ☐ WINKNEWYORK.NET | $8.29/yr SAVE! |
| ☐ WINKNEWYORK.ORG | $9.99/yr |
| ☐ WINKNEWYORK.INFO | $0.99/yr SAVE! |
| ☐ WINKNEWYORK.BIZ | $14.99/yr |
| ☐ WINKNEWYORK.US | $12.99/yr |
| ☐ WINKNEWYORK.NAME | $14.99/yr |

**You might also consider:**

| | |
|---|---|
| ☐ WINKNEWYORKSITE.COM | $9.99/yr |
| ☐ SITEWINKNEWYORK.COM | $9.99/yr |
| ☐ WINKNEWYORKONLINE.NET | $8.29/yr SAVE! |
| ☐ ONLINEWINKNEWYORK.NET | $8.29/yr SAVE! |
| ☐ WINKNEWYORKSTORE.ORG | $9.99/yr |
| ☐ STOREWINKNEWYORK.ORG | $9.99/yr |
| ☐ WINKNEWYORKNOW.INFO | $0.99/yr SAVE! |
| ☐ NOWWINKNEWYORK.INFO | $0.99/yr SAVE! |
| ☐ WINKNEWYORKBLOG.BIZ | $14.99/yr |
| ☐ BLOGWINKNEWYORK.BIZ | $14.99/yr |
| ☐ WINKNEWYORKSHOP.US | $12.99/yr |
| ☐ SHOPWINKNEWYORK.US | $12.99/yr |
| ☐ WINKNEWYORKTODAY.NAME | $14.99/yr |

**REGISTER NOW!**

EXHIBIT

F

Start a domain search:    [ com ▾ ]  [GO!]    Today's Offers    24/7 Sales & Support: (480)505-8877

Go Daddy.com    ICANN Domain Confirmation    GET.TV $17.99 .TV SALE! The perfect domain for video & entertainment!    BOB PARSONS.TV Danica Wins! How we signed her. History-making race footage. Why we did not sign Paris Hilton.

The web is your Domain!™

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

## WHOIS
### Search Results for:
WINKNY.COM

**Search Again**
Enter a Domain Name to Check
[                    ] .com    [GO]

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: WINKNY.COM
Created on: 13-Dec-02
Expires on: 13-Dec-08
Last Updated on: 28-Sep-07

Administrative Contact:
Private, Registration WINKNY.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Technical Contact:
Private, Registration WINKNY.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Domain servers in listed order:
NS03.DOMAINCONTROL.COM
NS04.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited

**Available TLDs**

| WINKNY.NET | $8.29/yr SAVE! |
| WINKNY.ORG | $9.99/yr |
| WINKNY.INFO | $0.99/yr SAVE! |
| WINKNY.BIZ | $14.99/yr |
| WINKNY.US | $12.99/yr |
| WINKNY.NAME | $14.99/yr |

**You might also consider:**

| WINKNYSITE.COM | $9.99/yr |
| SITEWINKNY.COM | $9.99/yr |
| WINKNYONLINE.NET | $8.29/yr SAVE! |
| ONLINEWINKNY.NET | $8.29/yr SAVE! |
| WINKNYSTORE.ORG | $9.99/yr |
| STOREWINKNY.ORG | $9.99/yr |
| WINKNYNOW.INFO | $0.99/yr SAVE! |
| NOWWINKNY.INFO | $0.99/yr SAVE! |
| WINKNYBLOG.BIZ | $14.99/yr |
| BLOGWINKNY.BIZ | $14.99/yr |
| WINKNYSHOP.US | $12.99/yr |
| SHOPWINKNY.US | $12.99/yr |
| WINKNYTODAY.NAME | $14.99/yr |

**REGISTER NOW!**

Exhibit

G

Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

24/7 Sales and Support: (480) 505-8877    Billing Questions? Call (480)505-8855    Free Email Updates! Enter address    GO

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates |
Resellers | Link to Us

GoDaddy.tv | GoDaddyLive.com | BobParsons.tv | GoDaddyGirls.info | WildWestDomains.com
DomainNameAftermarket.com | GoDaddyConnections.com

        

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



EXHIBIT

G

Start a domain search:    [ com ▼ ] [ GO! ]    Today's Offers    24/7 Sales & Support: (480)505-8877

Go Daddy.com
The web
is your Domain!™

ICANN    Domain
Confirmation

GET .TV    $17.99 .TV SALE!
The perfect domain for
video & entertainment!

BOB PARSONS
Danica Wins! How we signed
her.
History-making race footage.
Why we did not sign Paris Hilton.

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

# WHOIS
## Search Results for:    WINKNYC.COM

Search Again
Enter a Domain Name to Check

[_____] .com    [ GO ]

---

The data in Register.com's WHOIS database is provided to you by
Register.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Register.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Register.com (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Register.com.
Register.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Registrant:
Wink NYC
Stephen Werther
401 Washington Street
New York, NY 10013
US
Email: werther@platform-ny.com

Registrar Name....: REGISTER.COM, INC.
Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: winknyc.com

Created on.............: Wed, Mar 02, 2005
Expires on.............: Fri, Mar 02, 2012
Record last updated on..: Mon, Jul 17, 2006

Administrative Contact:
Wink NYC
Stephen Werther
401 Washington Street
New York, NY 10013
US
Phone: 212-941-7078
Email: werther@platform-ny.com

Technical Contact:
Register.Com
Domain Registrar
575 8th Avenue 11th floor
New York, NY 10018
US
Phone: 1-902-7492701
Email: domain-registrar@register.com

DNS Servers:

b.dns.dedicatedcentral.com
a.dns.dedicatedcentral.com

Visit AboutUs.org for more information about winknyc.com

*Exhibit H* (handwritten)

### Available TLDs

| | | |
|---|---|---|
| WINKNYC.NET | $8.29/yr SAVE! |
| WINKNYC.ORG | $9.99/yr |
| WINKNYC.INFO | $0.99/yr SAVE! |
| WINKNYC.BIZ | $14.99/yr |
| WINKNYC.NAME | $12.99/yr |
| WINKNYC.NAME | $14.99/yr |

### You might also consider:

| | | |
|---|---|---|
| WINKNYCSITE.COM | $9.99/yr |
| SITEWINKNYC.COM | $9.99/yr |
| WINKNYCONLINE.NET | $8.29/yr SAVE! |
| ONLINEWINKNYC.NET | $8.29/yr SAVE! |
| WINKNYCSTORE.ORG | $9.99/yr |
| STOREWINKNYC.ORG | $9.99/yr |
| WINKNYCNOW.INFO | $0.99/yr SAVE! |
| NOWWINKNYC.INFO | $0.99/yr SAVE! |
| WINKNYCBLOG.BIZ | $14.99/yr |
| BLOGWINKNYC.BIZ | $14.99/yr |
| WINKNYCSHOP.US | $12.99/yr |
| SHOPWINKNYC.US | $12.99/yr |
| WINKNYCTODAY.NAME | $14.99/yr |

**REGISTER NOW!**

Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

24/7 Sales and Support: (480) 505-8877    Billing Questions? Call (480)505-8855    Free Email Updates! Enter address    GO

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates | Resellers | Link to Us

GoDaddy.tv | GoDaddyLive.com | BobParsons.tv | GoDaddyGirls.info | WildWestDomains.com
DomainNameAftermarket.com | GoDaddyConnections.com

        

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for COM, NET, ORG, INFO, BIZ and US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**

EXHIBIT
14



MySpace.com                                                                Privacy | Help | SignOut

People    [Search]    powered by Google

**Mail Center**
**Read Mail**

Bright Idea: [Upload more pictures. Upload Now.]

🖉 Compose

Inbox
Sent
Saved
Trash

Friend Requests
Sent Requests

Tagged Photos

Address Book
Bulletin
Event Invites

**From:**        Tom

Block User

Delete From Friends

myspace.com/tom

**Date:**    Aug 27, 2006 6:03 PM         Flag as Spam or Report Abuse [?]

**Subject:**  Welcome To MySpace!

**Body:**   Hi susan,

Welcome to MySpace, the best place to connect with friends on the Net!

I'm Tom, and I'm here to help you with MySpace. If you have any
questions, comments, or just want to say Hi, feel free to send me a
message! You can also check the FAQ for the most frequently asked
questions.

**How do you get started?**
On MySpace you share your profile, photos, blogs, and messages with a
fast-growing network of people connected to you by your friends.

The first thing to do is to invite your friends -- then when they invite their
friends you'll all be connected!

Click Here: **Invite Friends**

I'll see you on MySpace!

Tom

P.S. One thing I can't help you with is HTML/decorating your profile; sorry!

[Reply]  [Forward]  [Save]  [Delete]                << Previous

Sponsored Links

**Fashion Design College**
Plenty of deals
And great brands.
WholesaleDepartmentStore.com

**Fashion Jobs**
Looking For Fashion Jobs?
200+ Fashion Jobs Added Daily
www.FashionJobsCentral.com

**Target Designers**
See Who The Newest Designers
Are.
Download The Free Gadget
Today!
www.Target.com

**Fashion Designer**
Service is our goal
Satisfaction is our compass.
gottschalks.com

Who's Online?



ThE ChEi...
Send Message

Online Now!

See Full Page

Exhibit

I

About | FAQ | Terms | Privacy Policy | Safety Tips | Contact MySpace | Advertise | MySpace International | MySpace Latino

©2003-2008 MySpace.com. All Rights Reserved.











Search for (e.g. taco, salon, Max's)    Near (Address, City, State or Zip)      Logged in as wink n

11580     Search

Member Search | Account | Log Out

## Wink New York

5 star rating   based on 7 reviews   Rating Details »

Categories: Jewelry, Shoe Stores, Women's Clothing [Edit]

280 Merrick Rd
Rockville Centre, NY 11570
(516) 255-9465
www.winkny.com



Add Photos

**Hours:**
Mon-Sat 11:00 a.m.-7:00 p.m
Sun 12:00 p.m.-4:00 p.m

**Price Range:** $$
**Wheelchair Accessible:** Yes

**Accepts Credit Cards:** Yes

Edit Business Info    Is this your business?

First to Review   Morgan L.

✉ Send to Friend    🔖 Bookmark    📱 Send to Phone    ✏ Write a Review    Print version

View Larger Map/Directions »
Map data ©2008 Tele Atlas

**Browse Nearby:**
Restaurants | Nightlife | Shopping | Coffee | All

**People Who Viewed This Also Viewed...**


American Burgers
◻◻◻◻◻ 2 reviews
Rockville Centre, NY
Category: Restaurants


Waterzooi Belgian Bistro
◻◻◻◻◻ 15 reviews
Garden City, NY
Category: Restaurants


Wink
◻◻◻◻◻ 5 reviews
Neighborhood: Manhattan/Upper West Side
Category: Women's Clothing

Wink
◻◻◻◻◻ 4 reviews
Neighborhood: Manhattan/SoHo
Category: Fashion

Roosevelt Field Mall
◻◻◻◻◻ 34 reviews
Garden City, NY
Category: Shopping Centers

## 7 Reviews for Wink New York

Search Reviews

Sort by: Recent + Votes   | Time | Rating | Useful | Funny | Cool | Total Votes | Friends'


Michelle L.
New York, NY

0
1

Compliment
Send a Message

5 star rating      01/16/2008

When you first walk into Wink NY, you see an abundance of color and style presented with unique flair. There is something cool in every nook and cranny. There are so many places to look for fabulous clothes and great accessories. There isn't an inch of space wasted. Hangers and racks filled with awesome colors and fabrics all surrounded by cool belts, bags, shoes and jewelry. Everything you could possibly need to make a grand entrance to any club, party, awards show, or supermarket. Everything you could possibly need to dress up or down with style.

There is always new stock coming in and the owner and stylist extraordinaire, Susan, lets you shop casually and take your time but is always available to help you tailor the perfect look for any occasion.

Wink NY is the place to find all the newest trend setting looks. The only problem is you'll want to leave with one of everything!

Bookmark   Send to a Friend   Link to This Review

Was this review ...?    ... ◦ (2)   ... ◦ (1)   ... ◦ (1)      Flag this review


Terry G.
Rockville Centre, NY

2
4

Compliment
Send a Message

5 star rating   ROTD 12/10/2006      09/20/2006

Daaaaaamn!!!!! Where has this place been hiding??? I can honestly say I will never have to venture beyond walking distance from my house again to do all my clothes shopping. They have everything under one roof. All the clothing & accessories are displayed so nicely - I could spend hours just browsing. Beautiful stuff, hassle free shopping, I wish I could give more stars!

Bookmark   Send to a Friend   Link to This Review

Was this review ...?    ... ◦ (7)   ... ◦ (4)   ... ◦ (5)      Flag this review

Morgan L.
Blondes DO have more fun!
Whitestone, NY

3
2

Compliment
Send a Message

5 star rating   First to Review      08/22/2006

Captivated by the displays in the front window, I ventured into this Soho inspired boutique and was pleasantly surprised. They carry a unique vast selection of women's clothing and accessories. All I have to say is...I'm addicted to WINK!

Bookmark   Send to a Friend   Link to This Review

Was this review ...?    ... ◦ (7)   ... ◦ (3)   ... ◦ (6)      Flag this review


Tara C.
my headline
Rockville Centre, NY

1
2

Compliment
Send a Message

5 star rating      09/05/2006

Awesome inventory, excellent presentation, great customer service, and easy to swallow prices make for an overall "10" shopping experience. I will definitely send all my friends and family to this wonderful boutique!

Bookmark   Send to a Friend   Link to This Review



Was this review ...?   ... (7)   ... (1)   ... (7)     Flag this review



Terra W.     Compliment
Everyone loves a Pink Wig     Send a Message
Rockville Centre, NY

5 star rating     09/27/2006

Just like several of the of the other reviewers, I was attracted to Wink due to the great items in the display window. Like a bee to honey! I agree with all the other things said here, but just wanted to throw my vote in too. I wish there were more non-chain boutiques out there like Wink... so interesting to walk and and NOT know exactly what you will find (unlike cookie cutter Gaps and Banana Republics). Know what I mean?

Bookmark    Send to a Friend    Link to This Review

Was this review ...?   ... (5)   ...   ... (5)     Flag this review



STARR B.     Compliment
Here I am     Send a Message
Rockville Centre, NY

5 star rating     08/02/2007

Never one to write a review about anything, i find myself suddenly having the urge. My friend (& now fellow yelper), after much prodding, finally let me in on her little secret of how she suddenly became so fashionable. Not that she didn't have any style before, but I did notice a dramatic change in her fashion sense. Although I was very happy for all the compliments she was receiving on how good she looked and how expert she was in putting together an outfit.....I was getting kind of jealous... actually really jealous. So to make a long story short, after many drinks at Croxley, she finally spilled the beans..and believe it or not, her little secret was only about 10 yards from my nose!!!! The source of her new claim to fame was none other than a boutique by the name of Wink New York! **what an adorable name :) ** Anyway, I went to see for myself, ended up spending over an hour just looking at all the cool stuff crammed into all the nooks & crannies of the store and then bought a couple of killer outfits for myself. My friend had told me to see Susan(the owner), but she was not in. Her assistant Carla had helped me instead and I definitely was not disappointed. I will most definitely be back whenever I get that shopping itch and more importantly to finally meet this woman(Susan) with such extraordinary taste. RVC desperately needed a place like this.......I know alot of people have grown tired of that b**ch up the block(I'm sure you know who I mean..there's only one).

Bookmark    Send to a Friend    Link to This Review

Was this review ...?   ... (2)   ... (1)   ... (2)     Flag this review



amy r.     Compliment
Shopping!!!!!     Send a Message
Rockville Centre, NY

5 star rating     08/30/2006

needed an outfit and left with a makeover!
it was friday night, i had a date so i wanted to look amazing. i stopped by this new boutique that opened up near my home and found my new favorite place to shop. it's a total hassle-free shopping experience-nobody followed me around trying to sell me things i didn't want. i was greeted at the door by the owner(her name is Susan) and she let me browse for over 40 minutes and she didn't pressure me once..she just told me to let her know if i needed any help. anyway, i'm pretty bad when it comes to putting together outfits, so i asked Susan to help me.... before you know it, i had all these amazing things to wear...it was like having my own personal stylist! her taste in clothing and accessories is unbelievable..her prices are even more unbelievable..it's probably the first time i ever actually liked everything in a store and could afford it. everytime i wear one of my new outfits people always tell me how great i look. and ask me where i shop...i'm almost hesitant to tell them :) ....let me just add, just like the review before me.......i am totally addicted to WINK

Bookmark    Send to a Friend    Link to This Review

Was this review ...?   ... (6)   ... (2)   ... (5)     Flag this review

1 to 7 of 7          Reviews of Rockville Centre Women's Clothing on Yahoo!

EXHIBIT K

Business Owners | My Account | About Yelp | FAQ | The Weekly Yelp | Yelp Blog | Yelp Mobile | RSS | Developers | Feedback | Jobs

Rockville Centre Business Listings # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Talk Archive

Use of this site is subject to express Terms of Service. By continuing past this page, you agree to abide by these terms.

Copyright © 2004-2008 Yelp | Privacy Policy

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

Review Directories | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC

Talk Directories | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

Search Directories | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

Search for *(e.g. taco, salon, Max's)*     Near *(Address, City, State or Zip)*     Logged in as wink n
                                           11580                                    [ Search ]

Member Search | Account | Log Out

## Wink

4.5 star rating   based on *4 reviews*

Category: Fashion   [edit]

Neighborhood: Manhattan/SoHo
155 Spring Street
(between Broadway & Wooster St)
New York, NY 10012
(212) 334-3646
www.winknyc.com

Price Range: $$$          Accepts Credit Cards: Yes

Edit Business Info   Is this your business?                First to Review   Wendy L.



✉ Send to Friend   🔖 Bookmark   ✆ Send to Phone   ✍ Write a Review   Print version

View Larger Map/Directions »

### 4 Reviews for Wink

Search Reviews

Sort by: Recent + Votes | Time | Rating | Useful | Funny | Cool | Total Votes | Friends'


Elite '08   Cristin M.                                           Compliment
8           One cupcake at a time..                              Send a Message
53          Philadelphia, PA

5 star rating                                                    04/02/2008

This store is awesome!  They had a great selection of both luxury items and cheaper things.  I don't even feel guilty about the almost 10% sales tax that I pay on everything here!

Bookmark   Send to a Friend   Link to This Review

Was this review ..?  ..-..  (1)  .. .  ...  (1)                 Flag this review


            Christina C.                                         Compliment
3           It's a celebration, bitches!!!                       Send a Message
30          New York, NY

3 star rating                                                    09/10/2007

I am not a huge fan of the shoes section, but they have the greatest selection of dresses and clutches!  Also, they never fail to have my favorite Anna Corinna bags - LOVE them.  The salesgirls can be a little over zealous, and make sure you aren't getting convinced to spend $300+ on a dress you'll only wear for one season.  However, the clothes you find here you won't find anywhere else.  Their website is great, too.  I didn't get a chance to check out the jewelry too much, but it looked more costume-y than classy at first glance.  Notably, I found my fav pair of Hunter wellies here in Aubergine.

Bookmark   Send to a Friend   Link to This Review

Was this review ..?  ..-..  (1)  .. .  ...  (1)                 Flag this review


Elite '08   Wendy L.                                             Compliment
33          Sunnyside, NY                                        Send a Message
116

5 star rating   First to Review                                 09/15/2006

This is one of my favorite places for jewelry. The shop is really tiny, but full of nice necklaces and earrings which you dont normally find in department stores. The pieces all look very unique and they carry a lot of the stuff you find in fashion mags and on celebrities like CC Skye, Gorjana, etc.

They also carry some handbags, clothing, and shoes (you can find Hunter Wellies here) and the salesgirls are all extremely nice!

Oh, btw, the prices are lower here than in most department stores! (beware of Henri Bendels, they jack up the prices a whole lot)

Bookmark   Send to a Friend   Link to This Review

Was this review ..?  ..-..  (3)  .. .  ...  (4)                 Flag this review


            iche s.                                              Compliment
16          San Francisco, CA                                    Send a Message
46

5 star rating                                                    11/01/2006

I love this store. Really fun, unique and nice accessories-bracelets, necklaces and earrings. I've also been to the one in columbus avenue and the merchandise is a little different. Prices are absolutely affordable and who knows, if you're lucky , you might see anne hathaway there. :)

Bookmark   Send to a Friend   Link to This Review

Was this review ..?  ..-..  (1)  .. .  ...  (1)

### Browse Nearby:

Restaurants | Nightlife | Shopping | Coffee | All

### People Who Viewed This Also Viewed...

Saada Inc
▢▢▢▢ ∙ *1 review*
Neighborhood: Manhattan/Upper East Side

Wink
▢▢▢▢ ∙ *5 reviews*
Neighborhood: Manhattan/Upper West Side
Category: Women's Clothing

Olive & Bette's
▢▢▢▢▢ *4 reviews*
Neighborhood: Manhattan/West Village
Category: Jewelry

Artists Space
▢▢▢▢▢ *2 reviews*
Neighborhood: Manhattan/SoHo
Category: Art Galleries

Ben Sherman
▢▢▢▢▢ *16 reviews*
Neighborhood: Manhattan/SoHo
Category: Men's Clothing



1 to 4 of 4



Reviews of New York Clothing Retailers on Yahoo!

Business Owners | My Account | About Yelp | FAQ | The Weekly Yelp | Yelp Blog | Yelp Mobile | RSS | Developers | Feedback | Jobs

New York Business Listings # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Newly Added

Use of this site is subject to express Terms of Service. By continuing past this page, you agree to abide by these terms

Copyright © 2004-2008 Yelp | Privacy Policy

**Site Map** | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

**Review Directories** | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC

**Talk Directories** | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

**Search Directories** | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

EXHIBIT
L

Search for *(e.g. taco, salon, Max's)*    Near *(Address, City, State or Zip)*    Logged in as wink.n
11580    Search

Member Search | Account | Log Out



**Wink**
**4 star rating** based on 5 reviews    Rating Details »
Category: Women's Clothing  [Edit]
Neighborhood: Manhattan/Upper West Side
188 Columbus Ave
New York, NY 10079
**(212) 877-7727**
www.winknyc.com

Add Photos

Accepts Credit Cards: Yes

Edit Business Info    Is this your business?    First to Review    Susan S.

✉ Send to Friend    🔖 Bookmark    📱 Send to Phone    ✎ Write a Review    Print version

---

**5 Reviews for Wink**    Search Reviews

Sort by: Recent ÷ Votes    | Time | Rating | Useful | Funny | Cool | Total Votes | Friends'

Browse Nearby:
Restaurants | Nightlife | Shopping | Coffee | All

People Who Viewed This Also Viewed...

 Daphne
⬛⬛⬛⬛⬛ 1 review
Neighborhood: Manhattan/Upper West Side
Category: Accessories

 Olive & Bette's
⬛⬛⬛⬛ 2 reviews
Neighborhood: Manhattan/Upper West Side

 Olive & Bette's Company
⬛⬛⬛⬛ 2 reviews
Neighborhood: Manhattan/Upper West Side

Shop
⬛⬛⬛⬛ 3 reviews
Neighborhood: Manhattan/Lower East Side
Category: Women's Clothing

Plaza Too
⬛⬛⬛⬛ 1 review
Neighborhood: Manhattan/Upper West Side

Related Lists
 I Have This Condition...
My Devil Wears Sretsis and 3.1. .... SHOPPING:...

 Shopping on the Upper ...
The places I hit when I'm too lazy to get on the...

---

Meg C.    Compliment
Elite '08    Send a Message
33
168    Bacon is the new black
New York, NY

3 star rating    12/19/2007

I like this boutique but I rarely buy anything here. I've bought some nice jewelry here and a great clutch. The store is small, the clothing is designer and looks good on skinny bodies I think. I did get a fun waffle knit shirt there with a skull on it that I wear a lot. Skull clothing is awesome. Ha.

Bookmark    Send to a Friend    Link to This Review

Was this review ...?    ... ... ... ...    Flag this review

---

Irene S.    Compliment
Elite '08    Send a Message
438
507    I'm gonna be all over you like egg on a bowl of bibimbop
San Francisco, CA

4 star rating    09/08/2006

If Foley and Corinna is sold out of the bag you're lusting over, head to Wink for it has a healthy Anna Corinna selection. I might add that their price point seems to be lower than other boutiques, which is great because us shopaholics need all the help we can get.

And while courtesy can be rather scarce in a city where tips are an entitlement rather than a by-product of being painstakingly attentive without sacrificing dignity, Haley, who I believe is the owner, is a doll, engaging with clients like the sister you never had.

Bookmark    Send to a Friend    Link to This Review

Was this review ...?    ... (3)    ... (2)    ... (5)    Flag this review

---

jay h.    Compliment
Elite '08    Send a Message
369
706    1.21 Gigawatts!!!
San Francisco, CA

4 star rating    09/03/2006

I fed my shoe addiction here. The sweetest woman I can only assume was the owner helped us out and was very knowledgeable.

She was kick ass and though an admitted when a cute top looked like shit on me. I dig that. Cute little botique and cute ass shoes!!!

Bookmark    Send to a Friend    Link to This Review

Was this review ...?    ... (1)    ... (1)    ... (1)    Flag this review

---

Susan S.    Compliment
77    Send a Message
1090    won't go to harlem in ermine and pearls, don't dish the dirt with the rest ..
San Francisco, CA

3 star rating    First to Review    12/28/2005

UWS side of the downtown favorite.

Bookmark    Send to a Friend    Link to This Review

Was this review ...?    ... ... ... ...    Flag this review

---

Jaime S.    Compliment
I love new york, but i hate the yankees

*EXHIBIT L*



13    New York, NY                                               Send a Message
131

5 star rating                                                    04/28/2006

cute, well-edited selection of mostly accesorries, as much as i try to resist when i walk by, i usually end up wandering in

Bookmark    Send to a Friend    Link to This Review
Was this review ... ?    ...    ...    ...                       Flag this review

1 to 5 of 5                                [ Write a Review ]
                                                         Reviews of New York Women's Clothing on Yahoo!

Business Owners | My Account | About Yelp | FAQ | The Weekly Yelp | Yelp Blog | Yelp Mobile | RSS | Developers | Feedback | Jobs

New York Business Listings # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Newly Added

Use of this site is subject to express Terms of Service. By continuing past this page, you agree to abide by these terms
Copyright © 2004-2008 Yelp | Privacy Policy

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego
| San Francisco | San Jose | Seattle | Washington, DC | More Cities

Review Directories | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento |
San Diego | San Francisco | San Jose | Seattle | Washington, DC

Talk Directories | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

Search Directories | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

EXHIBIT "L"

MARK ZUCKERMAN, ESQ.
79 Fieldstone Lane
Valley Stream, NY 11581

(o) 516-791-3200
(fax) 516-791-6858
(e-mail) aacalanz@mindspring.com

May 19, 2008

Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl St.
Rm. 755
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
Re:  Wink NYC, Inc.

              Civil Action No. 1:08CV 3684

   Plaintiff,        Hon. Judge Laura Taylor Swain

   v.

   Wink New York, Inc.; and, John Doe 1,
--------------------------------------------------X

Dear Judge Swain:

Enclosed herewith please find the following documents:

Verified Answer and Counter-Claim
Verification by Defendant
Affidavit of Mailing
Explanation of Exhibits and Exhibits

Thank you for your courtesies in this matter.

Sincerely,

Mark Zuckerman, Esq.
MZ/erh, Encl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
Wink NYC, Inc.

                Plaintiff

                  CIVIL ACTION NO. 1:08  CV 3684

          v.

                  Hon. Judge Laura Taylor Swain

Wink New York, Inc. ; and, John Doe 1,

                Defendant.
----------------------------------------------------X


VERIFIED ANSWER AND COUNTERCLAIM


MARK ZUCKERMAN, ESQ.

Counsel for the Defendant

79 Fieldstone Lane
Valley Stream, NY  11591
(o)  516-791-3200

MARK ZUCKERMAN, ESQ.
79 Fieldstone Lane
Valley Stream, NY 11581
(o) 516-791-6858
Attorney for Defendant
------------------------------

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
Wink NYC, Inc.

                                                    CIVIL ACTION NO. 1:08 CV 3684

                            Plaintiff,
                                                    Hon. Judge Laura Taylor Swain

            -against-

Wink New York, Inc.; and, John Doe 1,

                            Defendant.
-----------------------------------------------------x

                                        VERIFIED ANSWER

    The Defendant, Wink New York, Inc.; and John Doe 1, by its undersigned counsel,

respectfully submits the following Verified Answer to the Summons and Complaint

herein, and alleges as follows:


                            ANSWER  AND COUNTERCLAIM

    1.      Defendant owns and operates a retail store located at 280 Merrick Rd. in

Rockville Centre, NY, under the name of WINK New York, and owns, operates, uses

and maintains the domain names of www.Wink New York .com and www.Wink

NY.com.

2.      Defendant was granted permission for the use of the name WINK New York by the Secretary of the State of New York located in Albany, NY, who thoroughly reviews all requests for business names, and takes responsibility for insuring that the business name applied for is available, and not being used in commerce by any other entity or proprietor.  At the time of this lawsuit, the name of WINK New York was in full force and effect through the Secretary of the State of New York, and met all the requirements to act in commerce.  The Secretary of State did not object to the use of the name WINK New York, nor did the Secretary of State deny in any way, shape or form, the Defendant's full and available use of WINK New York for any reason.

3.      Defendant obtained a federal identification number on December 26, 2002, in the name of "WINK New York" as a sole proprietor.  Defendant had been doing business in and around the Long Island area selling fashion wear at various flea markets almost three years before Petitioner first registered their corporation name of Wink NYC.

4.      Defendant owns, operates, uses and maintains the domain names for their website of www.Wink New York .com and www.Wink NY com.  The websites were purchased through Go Daddy.com.  Both websites were created and purchased on December 13, 2002.  If these websites were already purchased by some other entity, such as Petitioner's, then Defendant would have been denied access to these names, and it would have been impossible for Defendant to have obtained the websites for themselves.

5.      Defendant already had created and purchased their above-referenced

websites known as www.Wink New York.com and www.Wink NY.com approximately 33 months before Petitioner registers the name and website known as Wink NYC.com. which was done on March 7, 2005.

6.    Defendant got a federal identification number on December 26, 2002, in the name of 'WINK NEW YORK" for the sole purpose of selling various female apparel and accessories to the public, and operated as a sole proprietor, buying and selling various types of female clothes and accessories such as:  apparel, jewelry, handbags, fashion accessories at various flea markets throughout the Long Island area.
The federal identification number referred to herein, and the subsequent sales that occurred thereafter, were almost three years before Plaintiff registered "Wink NYC" as a corporation.

7.    Defendant was purchasing inventory and doing daily business transactions in the name of "WINK NEW YORK", which was located in Island Park, NY, well over two years before there ever was a "Wink NYC."

8.     Since the inception of Defendant's business in 2002, the Defendant has built up a solid business originally selling fashion wear at numerous flea markets in and around Long Island, and now to the opening of a retail store in Rockville Centre, NY, which also caters to the retail sale of various female clothes and accessories such as: apparel, jewelry, handbags, fashion accessories.

9.     Defendant has achieved a following that she personally caters to with fashion advice, and has a loyal devoted group of consumers.  Defendant's personal

connection to her consumers is an integral part of her business image, and defines her purpose in the business world and her unique sense of serving her clientele personally.

10.    Defendant does not want to be confused with any larger corporation such as Plaintiff has inferred, since Defendant adds a personal touch and individual sense of flair and style to all her business transactions and customer relations.

11.    Defendant does not at present, nor has in the past, nor will in the future, receive any benefit from the Plaintiff's business.

12.    Defendant never has, and never will want to be confused with or associated with Plaintiff, due to the fact that Defendant has built up a solid running business on her own merit and personal sense of style, with a clientele that is associated with and follows the Defendant wherever she goes, and trusts in and follows the fashion guidance and style of the Defendant.

13.    Defendant being of strong and sound ethical beliefs, went the extra mile by installing a prominent window sign, which is displayed in the front window of her store located in Rockville Centre, NY, which reads as follows, ""Wink New York" is it's own entity and has no relation to any business in Manhattan or with any other business with similar name.

14.    Defendant's store, located in Rockville Centre, NY, for the past two years, has a loyal following of consumers, who rely on the personal expertise and fashion awareness of its founder and owner.  It is not only the fashion experience and eye for fashion flair that define the shopping experience at Wink New York, Inc.,

Rockville Centre, NY, but the personal attention and supportive relationship that exists between owner and consumer that differentiates this shopping experience from others, and, in particular from the Plaintiff's allegations. Defendant has been reviewed and rated on the Internet (www.yelp.com.) , and the Plaintiff has also been reviewed and rated on the same Internet site. Upon comparison and evaluation of both sets of review for the parties, it is evident that Defendant has seven outstanding reviews all citing not only the exceptional merchandise and enjoyable shopping experience, but the unique flair and help that is always available from the Defendant on a very personal level. The Internet site noted herein this paragraph, and used as Exhibits K and L respectively, herein this Answer and Counterclaim, are visibly defined by their different names, their different addresses and locations, and their different locations on the Internet Maps, and different photos of the respective location. The Defendant's business and consumer following is visibly different from the Plaintiff, and the superlative personal attention demonstrated by Defendant, on a daily basis, and recognized and applauded by the dedicated consumers strictly define the Defendant's business and differentiate it. There is no confusion between the Defendant located in Rockville Centre, and the Plaintiff located in Manhattan.

WHEREFORE, the Defendant herein asks that the Court demand that the Plaintiff withdraw its Complaint, and does not receive any financial recovery for the allegations herein made. Also, Defendant asks the court's help in demanding that Plaintiff pay economic fees to Defendant, and any and all just costs and expenses that the Court may deem due and justifiable.

Dated:  Valley Stream, NY
    May 14, 2008

         By:_____

          MARK ZUCKERMAN, ESQ.
         Attorney for Defendant,
         79 Fieldstone Lane
         Valley Stream, NY  11581
         516-791-3200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
Wink NYC, Inc.

                                        CIVIL ACTION NO.

               Plaintiff,

      -against-

                                          VERIFICATION

Wink New York, Inc.; and, John Doe 1,

               Defendant.

----------------------------------------------------X


STATE OF NEW YORK     )
                         )  ss:
COUNTY OF            )


I, being duly sworn deposes and say as follows:

That I am the Defendant in the within action; that I have read the foregoing Verified
Answer and know the contents thereof; the contents of the Verified Answer are true and
correct to the best of my knowledge, except as to those matters therein stated to be
alleged upon information and belief, and as to those matters, I believe them to be true.

_____  5/14/08 . President, Wink New York, Inc.
SUSAN SUYAMA       date


Subscribed and Sworn )
to before me this _14th_ )
day of May 2008.)

_____
Notary Public

MARK ZUCKERMAN
Notary Public, State of New York
No. 02ZU5028412
Qualified in Nassau County
Commission Expires May 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Wink NYC, Inc.

                                CIVIL ACTION NO.

                Plaintiff,

      -against-

Wink New York, Inc: and John Doe 1,

                            AFFIDAVIT OF SERVICE

                Defendant.

-----------------------------------------------------X

Estelle Henner, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at 6 Adams St., East Rockaway, NY  11518.  On May 19, 2008, I served a copy of the Verified Answer and Counter-Claim, by sending a true copy thereof via electronic mail, addressed to the following persons and last known addresses:

Judge Laura Taylor Swain – ECF system eef.nysd.uscourts.gov

And by sending a true copy of the Verified Answer and Counter-Claim thereof To:

Robert Lewis Tucker – rtucker@tuckerlatifi.com

MARK ZUCKERMAN, ESQ.
Attorney for Defendant, Wink New York, Inc. and John Doe 1
79 Fieldstone Lane
Valley Stream, NY  11581
516-791-3200

                                      _Estelle Henner_

Sworn to before me this
__/ 7__ day of May 2008

MARK ZUCKERMAN
Notary Public, State of New York
No. 02ZU5028412
Qualified in Nassau County
Commission Expires May 31, 2010

EXHIBITS

Exhibit A – Defendant received federal identification number on December 26, 2002, in the name of "WINK NEW YORK" as a sole proprietor. Defendant had been doing business in Long Island selling fashion wear at various flea markets almost three years before "Wink NYC" first registered their name as a corporation.

Exhibit B – Dani ii Inc. invoice dated December 18, 2003, that shows Defendant purchasing inventory, and business being done in the name of "WINK NEW YORK" located in Island Park, NY. This date shows that business was being done a full two years before there ever was a "Wink NYC."

Exhibit C – This shows a picture of the Defendant's store on the web site (home page), as well as there is only one address in Rockville Centre, NY. We do not think that anyone can confuse this company with another company that is located in Manhattan. Once we were given notice of appending litigation, Defendant added the following words on the first page of her website, and I quote, ***Please note, "Wink New York" is it's own entity located on the South Shore of Long Island and has no relation to any business in Manhattan or any other business with similar name*** Claims from the Petitioner claim that Defendant's website is confusing with theirs. We dispute that because we show an actual picture of Defendant's store inside, plus the full and fair disclosure depicted. Putting something such as the full disclosure that Defendant gives and shows, highlights the fact that Defendant did not want to hide anything, and Defendant is proud of her products and standing, and does not want to be confused with any other entity.

Exhibit D and Exhibit E – We checked with the incorporator, which goes through the Secretary of State's office, and he says that the Secretary of State checks out all names before you get a name. The Secretary of State has considered the Petitioner's name and the Defendant's name to be different names, and if the same thing happened today, the same decision would have happened since the Secretary of State considers both of these companies to have different names.

Exhibit F and Exhibit G – Defendant created and purchased their domain website name through Go Daddy.com, and they purchased the name Wink New York.com. That was created on December 13, 2002. Defendant also purchased the name Wink NY.com on December 13, 2002. These names were created and purchased by Defendant with the intention of doing future on-line commerce.

Exhibit H – However, Petitioner registers the name Wink NYC.com, the domain name which is done on March 7, 2005. All parties purchased their domain name from Go Daddy.com and Petitioner purchased its name approximately 33 months after Defendant had its domain names. Obviously, Petitioner could not get the name Wink New York or Wink NY.com because it had already been taken first by Defendant.

Exhibit I – A Welcome Letter from "My Space." This is yet another example of another place where Wink New York has web space and it is listed on MySpace, as early as August 27, 2006.

Exhibit J – Defendant took photographs of a window sign, which she prominently displayed in the front window of "Wink New York", located in Rockville Centre. There is a printed disclaimer which states, "Wink New York is it's own entity and has no relation to any business in Manhattan or with any other business with similar name."

Exhibit K – Copies of the reviews that were done by consumers posting about their shopping experiences at "Wink New York" on the website www.yelp.com. There is no indication of any confusion as to where they are shopping or that "Wink New York" is affiliated with any other store.

Exhibit L – Copies of the reviews by consumers posting about their shopping experience at two of "Wink NYC" locations on the website www.yelp.com. There is no indication of any confusion as to where they are shopping or that "Wink NYC" is affiliated with any other store besides their own.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
HOLTSVILLE NY    00501

DATE OF THIS NOTICE:  12-26-2002
NUMBER OF THIS NOTICE:  CP 575 E
EMPLOYER IDENTIFICATION NUMBER:  11-3667468
FORM:  SS-4
0133225920  O

FOR ASSISTANCE CALL US AT:
1-800-829-1040

ERIC   SCALA
WINK NEW YORK
76 RT 5 APT 1B
EDGEWATER  NJ    07020

OR WRITE TO THE ADDRESS
SHOWN AT THE TOP LEFT.

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER (EIN)

Thank you for your Form SS-4, Application for Employer Identification Number
(EIN).  We assigned you EIN 11-3667468.  This EIN will identify your business account,
tax returns, and documents, even if you have no employees.  Please keep this notice in
your permanent records.

Use your complete name and EIN shown above on all federal tax forms, payments and
related correspondence.  If you use any variation in your name or EIN, it may cause
a delay in processing and incorrect information in your account.  It also could cause
you to be assigned more than one EIN.

If you want to apply to receive a ruling or a determination letter recognizing
your organization as tax exempt, and have not already done so, you should file Form
1023/1024, Application for Recognition of Exemption, with the IRS Ohio Key District
Office.  Publication 557, Tax Exempt Status for Your Organization, is available at
most IRS offices and has details on how you can apply .

Exhibit

A

Keep this part for your records.              CP 575 E (Rev. 1-200

--------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please
correct any errors in your name or address.

CP 575 E

0133225920

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  12-26-2002
(    )      -                                EMPLOYER IDENTIFICATION NUMBER:  11-3667468
_____  _____         FORM:  SS-4

INTERNAL REVENUE SERVICE
HOLTSVILLE  NY    00501

ERIC   SCALA
WINK NEW YORK
76 RT 5 APT 1B
EDGEWATER  NJ    07020

# DANI II INC

101-32 DUPONT STREET
PLAINVIEW, NY - 11803
TEL: 516-576-1000  FAX: 516-576-1003

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/18/2003 | 6129 |

**BILL TO**

WINK NEW YORK
3965 Long Beach Road
Island Park, NY

**SHIP TO**

WINK NEW YORK
3965 Long Beach Road
Island Park, NY

| P.O. NUMBER | TERMS | DEPT | SHIP DATE | VIA | F.O.B. | VENDOR No. |
|-------------|-------|------|-----------|-----|--------|------------|
| | NET-30 | | 12/18/2003 | | NY WAREHOUSE | |

| ITEM CODE | DESCRIPTION | QUANTITY | PRICE EACH | AMOUNT |
|-----------|-------------|----------|------------|--------|
| 2153 | BLK/WHT ZEBRA SHEER    OLIVE | 12 | 9.00 | 108.00 |
| 2153 | BLK/WHT ZEBRA SHEER    BLACK | 6 | 10.00 | 60.00 |
| | EVEN EXCHANGE, 2PC  STYLE 2153 OLIVE SIZE S | | | |

*Exhibit B*

*pd ck# 127 2/19/04*

| | Total | $168.00 |
|--|-------|---------|

**This is a free Starter Web Page courtesy of** GoDaddy.com, Inc..



280 Merrick Road
Rockville Centre, NY 11570
(516)255-WINK

# Coming Soon!

### www.winknewyork.com

Located on the corner of Merrick Road and Park Avenue, Wink New York is open for your shopping pleasure. We carry all the latest women's fashions, including accessories, handbags, belts and more! Patronized by style conscious and fashion savvy shoppers, Wink New York remains your number one source for the hottest trendy fashions. Our great prices along with unique items makes us the stylish woman's number one choice for great deals on fashion. Whether shopping for a great gift, or adding to your wardrobe, Wink New York offers personalized service. Come by and see us. Don't forget to check back, our new website will be up and running soon.***Please note, "Wink New York" is it's own entity located on the South Shore of Long Island and has no relation to any business in Manhattan or any other business with similiar name***

**Email us at:** winkny@aol.com
**Visit us at:** www.myspace.com/winknewyork



**Find a domain name:**

www.                    .com     GO

**Domain Names** - $9.99*/yr
☐ Transfer Domains     $6.99*
*Plus ICANN fee of 20 cents per domain name year.

EXHIBIT

C

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: WINK NEW YORK, INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | WINK NEW YORK, INC. |
| **Initial DOS Filing Date:** | DECEMBER 12, 2005 |
| **County:** | NASSAU |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
WINK NEW YORK, INC.
280 MERRICK RD
ROCKVILLE CENTRE, NEW YORK, 11570

**Chairman or Chief Executive Officer**
SUSAN SUYAMA
280 MERRICK RD
ROCKVILLE CENTRE, NEW YORK, 11570

**Principal Executive Office**
WINK NEW YORK, INC.
280 MERRICK RD
ROCKVILLE CENTRE, NEW YORK, 11570

**Registered Agent**
NONE

*EXHIBIT*

*D*

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: WINK NYC INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | WINK NYC INC. |
| **Initial DOS Filing Date:** | SEPTEMBER 01, 2005 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

WINK NYC INC.
401 WASHINGTON STREET, 3RD FLR
NEW YORK, NEW YORK, 10013

**Chairman or Chief Executive Officer**

STEPHEN WERTHER
C/O WINK 401 WASHINGTON ST.
NEW YORK, NEW YORK, 10013

**Principal Executive Office**

WINK NYC INC.
401 WASHINGTON ST
NEW YORK, NEW YORK, 10013

**Registered Agent**

NONE

*EXHIBIT*

*E*

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

» Start a domain search:   [_____] [com ▼] [GO!]    Today's Offers    24/7 Sales & Support: (480)505-8877

Go Daddy.COM
The web
is your Domain!™

[ICANN]  Domain
         Confirmation

[GET .TV]  $17.99 .TV SALE!
           The perfect domain for
           video & entertainment!

BOB PARSONS.TV
Danica Wins! How we signed
her.
History-making race footage.
Why we did not sign Paris Hilton.

Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans

WHOIS
Search Results for:                    WINKNEWYORK.COM

Search Again
Enter a Domain Name to Check

[_____] .com [GO]

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: WINKNEWYORK.COM
Created on: 13-Dec-02
Expires on: 13-Dec-08
Last Updated on: 28-Sep-07

Administrative Contact:
Private, Registration WINKNEWYORK.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Technical Contact:
Private, Registration WINKNEWYORK.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Domain servers in listed order:
NS29.DOMAINCONTROL.COM
NS30.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited

### Available TLDs

| WINKNEWYORK.NET | $8.29/yr SAVE! |
| WINKNEWYORK.ORG | $9.99/yr |
| WINKNEWYORK.INFO | $0.99/yr SAVE! |
| WINKNEWYORK.BIZ | $14.99/yr |
| WINKNEWYORK.US | $12.99/yr |
| WINKNEWYORK.NAME | $14.99/yr |

### You might also consider:

| WINKNEWYORKSITE.COM | $9.99/yr |
| SITEWINKNEWYORK.COM | $9.99/yr |
| WINKNEWYORKONLINE.NET | $8.29/yr SAVE! |
| ONLINEWINKNEWYORK.NET | $8.29/yr SAVE! |
| WINKNEWYORKSTORE.ORG | $9.99/yr |
| STOREWINKNEWYORK.ORG | $9.99/yr |
| WINKNEWYORKNOW.INFO | $0.99/yr SAVE! |
| NOWWINKNEWYORK.INFO | $0.99/yr SAVE! |
| WINKNEWYORKBLOG.BIZ | $14.99/yr |
| BLOGWINKNEWYORK.BIZ | $14.99/yr |
| WINKNEWYORKSHOP.US | $12.99/yr |
| SHOPWINKNEWYORK.US | $12.99/yr |
| WINKNEWYORKTODAY.NAME | $14.99/yr |

**REGISTER NOW!**

EXHIBIT

F

**Start a domain search:** `[          ]` `com ▼` **go!**   Today's Offers   **24/7 Sales & Support: (480)505-8877**

Go Daddy .COM
The web is your Domain!™

**ICANN** Domain Confirmation

GET .TV — $17.99 .TV SALE! The perfect domain for video & entertainment!

**BOB PARSONS .TV**
Danica Wins! How we signed her.
History-making race footage. Why we did not sign Paris Hilton.

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

## WHOIS
**Search Results for:**   WINKNY.COM

**Search Again**
Enter a Domain Name to Check
`[          ]` .com   **GO**

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: WINKNY.COM
Created on: 13-Dec-02
Expires on: 13-Dec-08
Last Updated on: 28-Sep-07

Administrative Contact:
Private, Registration WINKNY.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Technical Contact:
Private, Registration WINKNY.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Domain servers in listed order:
NS03.DOMAINCONTROL.COM
NS04.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited

**Available TLDs**

| | | |
|---|---|---|
| ☐ WINKNY.NET | $8.29/yr SAVE! |
| ☐ WINKNY.ORG | $9.99/yr |
| ☐ WINKNY.INFO | $0.99/yr SAVE! |
| ☐ WINKNY.BIZ | $14.99/yr |
| ☐ WINKNY.US | $12.99/yr |
| ☐ WINKNY.NAME | $14.99/yr |

**You might also consider:**

| | | |
|---|---|---|
| ☐ WINKNYSITE.COM | $9.99/yr |
| ☐ SITEWINKNY.COM | $9.99/yr |
| ☐ WINKNYONLINE.NET | $8.29/yr SAVE! |
| ☐ ONLINEWINKNY.NET | $8.29/yr SAVE! |
| ☐ WINKNYSTORE.ORG | $9.99/yr |
| ☐ STOREWINKNY.ORG | $9.99/yr |
| ☐ WINKNYNOW.INFO | $0.99/yr SAVE! |
| ☐ NOWWINKNY.INFO | $0.99/yr SAVE! |
| ☐ WINKNYBLOG.BIZ | $14.99/yr |
| ☐ BLOGWINKNY.BIZ | $14.99/yr |
| ☐ WINKNYSHOP.US | $12.99/yr |
| ☐ SHOPWINKNY.US | $12.99/yr |
| ☐ WINKNYTODAY.NAME | $14.99/yr |

**REGISTER NOW!**

Exhibit
G

Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

24/7 Sales and Support: (480) 505-8877    Billing Questions? Call (480)505-8855    Free Email Updates! Enter address    GO

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates | Resellers | Link to Us

GoDaddy.tv | GoDaddyLive.com | BobParsons.tv | GoDaddyGirls.info | WildWestDomains.com
DomainNameAftermarket.com | GoDaddyConnections.com

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**

EXHIBIT
G

Start a domain search:  [ ] com [GO!]    Today's Offers    24/7 Sales & Support: (480)505-8877

Go Daddy.com
The web is your Domain!™

ICANN  Domain Confirmation

GET .TV  $17.99 .TV SALE!
The perfect domain for video & entertainment!

BOB PARSONS
Danica Wins! How we signed her.
History-making race footage.
Why we did not sign Paris Hilton.

Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans

**WHOIS**
Search Results for:    WINKNYC.COM

Search Again
Enter a Domain Name to Check
[ ] .com  [GO]

The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.

Registrant:
Wink NYC
Stephen Werther
401 Washington Street
New York, NY 10013
US
Email: werther@platform-ny.com

Registrar Name....: REGISTER.COM, INC.
Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: winknyc.com

Created on.............: Wed, Mar 02, 2005
Expires on.............: Fri, Mar 02, 2012
Record last updated on..: Mon, Jul 17, 2006

Administrative Contact:
Wink NYC
Stephen Werther
401 Washington Street
New York, NY 10013
US
Phone: 212-941-7078
Email: werther@platform-ny.com

Technical Contact:
Register.Com
Domain Registrar
575 8th Avenue 11th Floor
New York, NY 10018
US
Phone: 1-902-7492701
Email: domain-registrar@register.com

DNS Servers:

b.dns.dedicatedcentral.com
a.dns.dedicatedcentral.com

Visit AboutUs.org for more information about winknyc.com

*Exhibit H* (handwritten)

### Available TLDs

| | | |
|---|---|---|
| WINKNYC.NET | $8.29/yr SAVE! |
| WINKNYC.ORG | $9.99/yr |
| WINKNYC.INFO | $0.99/yr SAVE! |
| WINKNYC.BIZ | $14.99/yr |
| WINKNYC.US | $12.99/yr |
| WINKNYC.NAME | $14.99/yr |

### You might also consider:

| | | |
|---|---|---|
| WINKNYCSITE.COM | $9.99/yr |
| SITEWINKNYC.COM | $9.99/yr |
| WINKNYCONLINE.NET | $8.29/yr SAVE! |
| ONLINEWINKNYC.NET | $8.29/yr SAVE! |
| WINKNYCSTORE.ORG | $9.99/yr |
| STOREWINKNYC.ORG | $9.99/yr |
| WINKNYCNOW.INFO | $0.99/yr SAVE! |
| NOWWINKNYC.INFO | $0.99/yr SAVE! |
| WINKNYCBLOG.BIZ | $14.99/yr |
| BLOGWINKNYC.BIZ | $14.99/yr |
| WINKNYCSHOP.US | $12.99/yr |
| SHOPWINKNYC.US | $12.99/yr |
| WINKNYCTODAY.NAME | $14.99/yr |

**REGISTER NOW!**

Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

24/7 Sales and Support: (480) 505-8877      Billing Questions? Call (480)505-8855      Free Email Updates! Enter address      GO

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates |
Resellers | Link to Us

GoDaddy.tv | GoDaddyLive.com | BobParsons.tv | GoDaddyGirls.info | WildWestDomains.com

DomainNameAftermarket.com | GoDaddyConnections.com

        

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for COM, NET, ORG, INFO,
BIZ and US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**

EXHIBIT
14

MySpace

MySpace.com                                                                                    Privacy | Help | SignOut



NEVERmiss Anything    3 MONTHS FREE PROGRAMMING    BEST HD DVR FREE UPGRADE    Restrictions apply    ORDER NOW ▶    dishDVR

People    [        ]  [ Search ]  powered by Google

Home | Browse | Search | Invite | Apps | Mail | Blogs | Favorites | Forum | Groups | Events | MySpaceTV | Music | Comedy | Classifieds

**Mail Center**
**Read Mail**                                    Bright Idea: [Upload more pictures. Upload Now.]

📝 Compose

Inbox                    **From:**                    Tom

Sent                                                                         Block User

Saved                                                                        Delete From Friends

Trash                                                  myspace.com/tom

Friend Requests         **Date:**    Aug 27, 2006 6:03 PM          Flag as Spam or Report Abuse [?]

Sent Requests           **Subject:**  Welcome To MySpace!

Tagged Photos           **Body:**    Hi susan,

Address Book                         Welcome to MySpace, the best place to connect with friends on the Net!

Bulletin                             I'm Tom, and I'm here to help you with MySpace. If you have any
Event Invites                        questions, comments, or just want to say Hi, feel free to send me a
                                     message! You can also check the FAQ for the most frequently asked
                                     questions.

                                     **How do you get started?**
                                     On MySpace you share your profile, photos, blogs, and messages with a
                                     fast-growing network of people connected to you by your friends.

                                     The first thing to do is to invite your friends -- then when they invite their
                                     friends you'll all be connected!

                                     Click Here: **Invite Friends**

                                     I'll see you on MySpace!

                                     Tom

                                     P.S. One thing I can't help you with is HTML/decorating your profile; sorry!

                        [ Reply ]  [ Forward ]  [ Save ]  [ Delete ]          << Previous

**Sponsored Links**

Fashion Design College
Plenty of deals
And great brands.
WholesaleDepartmentStore.com

Fashion Jobs
Looking For Fashion Jobs?
200+ Fashion Jobs Added Daily
www.FashionJobsCentral.com

Target Designers
See Who The Newest Designers
Are.
Download The Free Gadget
Today!
www.Target.com

Fashion Designer
Service is our goal
Satisfaction is our compass.
gottschalks.com

Who's Online?

    ThE ChEl...
                        Send Message

🔘 Online Now!

See Full Page

Get 50% Off!
The 2008 Entertainment Book

ORDER NOW

entertainment.
ONE SHOP TRAVEL SAVE

Offer applies to retail price.
Offer expires 4/30/08.

*Exhibit*

*I*

About | FAQ | Terms | Privacy Policy | Safety Tips | Contact MySpace | Advertise | MySpace International | MySpace Latino
©2003-2008 MySpace.com. All Rights Reserved.





Exhibit

I







Search for (e.g. taco, salon, Max's)   Near (Address, City, State or Zip)
11580                    Logged in as wink.n

[Search]

Member Search | Account | Log Out

## Wink New York

5 star rating   based on 7 reviews   Rating Details »

Categories: Jewelry, Shoe Stores, Women's Clothing [Edit]

280 Merrick Rd
Rockville Centre, NY 11570
(516) 255-9465
www.winkny.com



Add Photos

**Hours:**
Mon-Sat 11:00 a.m.-7:00 p.m   **Price Range:** $$
Sun 12:00 p.m.-4:00 p.m    **Wheelchair Accessible:** Yes   **Accepts Credit Cards:** Yes

Edit Business Info    Is this your business?

First to Review   Morgan L.

✉ Send to Friend    🔖 Bookmark    📱 Send to Phone    ✏ **Write a Review**    Print version



Add Photos
View Larger Map/Directions »
Map data ©2008 Tele Atlas

**Browse Nearby:**
Restaurants | Nightlife | Shopping | Coffee | All

## 7 Reviews for Wink New York

Search Reviews

Sort by: Recent + Votes    | Time | Rating | Useful | Funny | Cool | Total Votes | Friends'

**People Who Viewed This Also Viewed...**

American Burgers
☆☆☆☆ 2 reviews
Rockville Centre, NY
Category: Restaurants

Waterzooi Belgian Bistro
☆☆☆☆ 15 reviews
Garden City, NY
Category: Restaurants

Wink
☆☆☆☆ 5 reviews
Neighborhood: Manhattan/Upper West Side
Category: Women's Clothing

Wink
☆☆☆☆ 4 reviews
Neighborhood: Manhattan/SoHo
Category: Fashion

Roosevelt Field Mall
☆☆☆☆ 34 reviews
Garden City, NY
Category: Shopping Centers

   Michelle L.   New York, NY    Compliment
0    Send a Message
1

5 star rating    01/16/2008

When you first walk into Wink NY, you see an abundance of color and style presented with unique flair. There is something cool in every nook and cranny. There are so many places to look for fabulous clothes and great accessories. There isn't an inch of space wasted. Hangers and racks filled with awesome colors and fabrics all surrounded by cool belts, bags, shoes and jewelry. Everything you could possibly need to make a grand entrance to any club, party, awards show, or supermarket. Everything you could possibly need to dress up or down with style.

There is always new stock coming in and the owner and stylist extraordinaire, Susan, lets you shop casually and take your time but is always available to help you tailor the perfect look for any occasion.

Wink NY is the place to find all the newest trend setting looks. The only problem is you'll want to leave with one of everything!

Bookmark   Send to a Friend   Link to This Review

Was this review ...?    ... ● (2)    ... ● (1)    ... ● (1)    Flag this review

Terry G.   Rockville Centre, NY    Compliment
2    Send a Message
4

5 star rating    ROTD 12/10/2006    09/20/2006

Daaaaamn!!!!! Where has this place been hiding??? I can honestly say I will never have to venture beyond walking distance from my house again to do all my clothes shopping. They have everything under one roof. All the clothing & accessories are displayed so nicely - I could spend hours just browsing. Beautiful stuff, hassle free shopping, I wish I could give more stars!

Bookmark   Send to a Friend   Link to This Review

Was this review ...?    ... ● (7)    ... ● (4)    ...    (5)    Flag this review

   Morgan L.   Blondes DO have more fun!   Compliment
3    Whitestone, NY    Send a Message
2

5 star rating    First to Review    08/22/2006

Captivated by the displays in the front window, I ventured into this Soho inspired boutique and was pleasantly surprised. They carry a unique vast selection of women's clothing and accessories. All I have to say is...I'm addicted to WINK!

Bookmark   Send to a Friend   Link to This Review

Was this review ...?    ... ● (7)    ... ● (3)    ... ● (6)    Flag this review

   Tara C.   my headline    Compliment
1    Rockville Centre, NY    Send a Message
2

5 star rating    09/05/2006

Awesome inventory, excellent presentation, great customer service, and easy to swallow prices make for an overall "10" shopping experience. I will definitely send all my friends and family to this wonderful boutique!

Bookmark   Send to a Friend   Link to This Review





Was this review ...?    ...  (7)   ...  (1)   ...  (7)                        Flag this review

|   | Terra W. | Compliment |
|---|---|---|
| 6 | Everyone loves a Pink Wig | Send a Message |
| 57 | Rockville Centre, NY | |

5 star rating                                                                 09/27/2006

Just like several of the of the other reviewers, I was attracted to Wink due to the great items in the display window. Like a bee to honey! I agree with all the other things said here, but just wanted to throw my vote in too. I wish there were more non-chain boutiques out there like Wink... so interesting to walk and the and NOT know exactly what you will find (unlike cookie cutter Gaps and Banana Republics). Know what I mean?

Bookmark    Send to a Friend    Link to This Review
Was this review ...?    ...  (5)   ...     ...  (5)                          Flag this review

|   | STARR B. | Compliment |
|---|---|---|
| 0 | Here I am | Send a Message |
| 2 | Rockville Centre, NY | |

5 star rating                                                                 08/02/2007

Never one to write a review about anything, i find myself suddenly having the urge. My friend (& now fellow yelper) after much prodding, finally let me in on her little secret of how she suddenly became so fashionable. Not that she didn't have any style before, but I did notice a dramatic change in her fashion sense. Although I was very happy for all the compliments she was receiving on how good she looked and how expert she was in putting together an outfit.....I was getting kind of jealous... actually really jealous. So to make a long story short, after many drinks at Croxley, she finally spilled the beans..and believe it or not, her little secret was only about 10 yards from my nose!!!! The source of her new claim to fame was none other than a boutique by the name of Wink New York! **what an adorable name :) **  Anyway, I went to see for myself, ended up spending over an hour just looking at all the cool stuff crammed into all the nooks & crannies of the store and then bought  a couple of killer outfits for myself. My friend had told me to see Susan(the owner), but she was not in. Her assistant Carla had helped me instead and I definitely was not disappointed. I will most definitely be back whenever I get that shopping itch and more importantly to finally meet this woman(Susan) with such extraordinary taste.  RVC desperately needed a place like this......I know alot of people have grown tired of that b**ch up the block(I'm sure you know who I mean..there's only one).

Bookmark    Send to a Friend    Link to This Review
Was this review ...?    ...  (2)   ...  (1)   ...  (2)                        Flag this review



|   | amy r. | Compliment |
|---|---|---|
| 2 | Shopping!!!!! | Send a Message |
| 1 | Rockville Centre, NY | |

5 star rating                                                                 08/30/2006

needed an outfit and left with a makeover!
it was friday night, i had a date so i wanted to look amazing. i stopped by this new boutique that opened up near my home and found my new favorite place to shop. it's a total hassle-free shopping experience-nobody followed me around trying to sell me things i didn't want. i was greeted at the door by the owner(her name is Susan) and she let me browse for over 40 minutes and she didn't pressure me once..she just told me to let her know if i needed any help. anyway, i'm pretty bad when it comes to putting together outfits, so i asked Susan to help me....before you know it, i had all these amazing things to wear...it was like having my own personal stylist! her taste in clothing and accessories is unbelievable..her prices are even more unbelievable..it's probably the first time i ever actually liked everything in a store and could afford it. everytime i wear one of my new outfits people always tell me how great i look. and ask me where i shop...i'm almost hesitant to tell them :)  ....let me just add, just like the review before me.......i am totally addicted to WINK

Bookmark    Send to a Friend    Link to This Review
Was this review ...?    ...  (6)   ...  (2)   ...  (5)                        Flag this review

1 to 7 of 7                                          [ Write a Review ]    Reviews of Rockville Centre Women's Clothing on
                                                                          Yahoo!

Business Owners | My Account | About Yelp | FAQ | The Weekly Yelp | Yelp Blog | Yelp Mobile | RSS | Developers | Feedback | Jobs

Rockville Centre Business Listings # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Talk Archive

Use of this site is subject to express Terms of Service. By continuing past this page, you agree to abide by these terms.
Copyright © 2004-2008 Yelp | Privacy Policy

**Site Map** | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

**Review Directories** | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC

**Talk Directories** | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

**Search Directories** | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

*EXHIBIT K*

Search for *(e.g. taco, salon, Max's)*    Near *(Address, City, State or Zip)*    Logged in as wink n
11580    [Search]

Member Search | Account | Log Out

## Wink

4.5 star rating    based on 4 reviews

Category: Fashion    [edit]

Neighborhood: Manhattan/SoHo
155 Spring Street
(between Broadway & Wooster St)
New York, NY 10012
(212) 334-3646
www.winknyc.com

Price Range: $$$    Accepts Credit Cards: Yes

Edit Business Info    Is this your business?    First to Review    Wendy L.

✉ Send to Friend    🔖 Bookmark    Send to Phone    ✎ Write a Review    Print version



Map data ©2008 Tele Atlas
View Larger Map/Directions »

**Browse Nearby:**
Restaurants | Nightlife | Shopping | Coffee | All

**People Who Viewed This Also Viewed...**

Saada Inc
▢▢▢▢ 1 review
Neighborhood: Manhattan/Upper East Side

Wink
▢▢▢▢ 5 reviews
Neighborhood: Manhattan/Upper West Side
Category: Women's Clothing

Olive & Bette's
▢▢▢▢▢ 4 reviews
Neighborhood: Manhattan/West Village
Category: Jewelry

Artists Space
▢▢▢▢ 2 reviews
Neighborhood: Manhattan/SoHo
Category: Art Galleries

Ben Sherman
▢▢▢▢ 16 reviews
Neighborhood: Manhattan/SoHo
Category: Men's Clothing

## 4 Reviews for Wink

Search Reviews

Sort by: Recent + Votes | Time | Rating | Useful | Funny | Cool | Total Votes | Friends



Cristin M.
Elite '08    One cupcake at a time...
8    Philadelphia, PA
53

Compliment
Send a Message

5 star rating    04/02/2008

This store is awesome! They had a great selection of both luxury items and cheaper things. I don't even feel guilty about the almost 10% sales tax that I pay on everything here!

Bookmark    Send to a Friend    Link to This Review

Was this review ...? .... (1) .... .... (1)    Flag this review



Christina C.
3    It's a celebration, bitches!!!
30    New York, NY

Compliment
Send a Message

3 star rating    09/10/2007

I am not a huge fan of the shoes section, but they have the greatest selection of dresses and clutches! Also, they never fail to have my favorite Anna Corinna bags - LOVE them. The salesgirls can be a little over zealous, and make sure you aren't getting convinced to spend $300+ on a dress you'll only wear for one season. However, the clothes you find here you won't find anywhere else. Their website is great, too. I didn't get a chance to check out the jewelry too much, but it looked more costume-y than classy at first glance. Notably, I found my fav pair of Hunter wellies here in Aubergine.

Bookmark    Send to a Friend    Link to This Review

Was this review ...? .... (1) .... .... (1)    Flag this review



Wendy L.
Elite '08    Sunnyside, NY
33
116

Compliment
Send a Message

5 star rating    First to Review    09/15/2006

This is one of my favorite places for jewelry. The shop is really tiny, but full of nice necklaces and earrings which you dont normally find in department stores. The pieces all look very unique and they carry a lot of the stuff you find in fashion mags and on celebrities like CC Skye, Gorjana, etc.

They also carry some handbags, clothing, and shoes (you can find Hunter Wellies here) and the salesgirls are all extremely nice!

Oh, btw, the prices are lower here than in most department stores! (beware of Henri Bendels, they jack up the prices a whole lot)

Bookmark    Send to a Friend    Link to This Review

Was this review ...? .... (3) .... .... (4)    Flag this review



iche s.
16    San Francisco, CA
46

Compliment
Send a Message

5 star rating    11/01/2006

I love this store. Really fun, unique and nice accessories-bracelets, necklaces and earrings. I've also been to the one in columbus avenue and the merchandise is a little different. Prices are absolutely affordable and who knows, if you're lucky , you might see anne hathaway there. :)

Bookmark    Send to a Friend    Link to This Review

Was this review ...? .... (1) .... .... (1)

1 to 4 of 4



Reviews of New York Clothing Retailers on Yahoo!

Business Owners | My Account | About Yelp | FAQ | The Weekly Yelp | Yelp Blog | Yelp Mobile | RSS | Developers | Feedback | Jobs

New York Business Listings # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Newly Added

Use of this site is subject to express Terms of Service. By continuing past this page, you agree to abide by these terms

Copyright © 2004-2008 Yelp | Privacy Policy

**Site Map** | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego
| San Jose | Seattle | Washington, DC | More Cities

**Review Directories** | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento |
San Diego | San Francisco | San Jose | Seattle | Washington, DC

**Talk Directories** | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

**Search Directories** | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

EXHIBIT
L

Case 1:08-cv-03684-LTS     Document 4-3     Filed 05/19/2008     Page 19 of 20

Search for *(e.g. taco, salon, Max's)*     Near *(Address, City, State or Zip)*                    Logged in as wink n
11580     Search

Member Search | Account | Log Out

## Wink

4 star rating  *based on 5 reviews*   Rating Details »

Category: Women's Clothing  [Edit]
Neighborhood: Manhattan/Upper West Side
188 Columbus Ave
New York, NY 10079
**(212) 877-7727**
www.winknyc.com




Map data ©2009 Tele Atlas
View Larger Map/Directions »

Accepts Credit Cards: Yes

Edit Business Info     Is this your business?

First to Review     Susan S.

📧 Send to Friend     🔖 Bookmark     📞 Send to Phone     ✎ Write a Review     Print version

Add Photos

## 5 Reviews for Wink

Search Reviews

Sort by: Recent ÷ Votes    | Time | Rating | Useful | Funny | Cool | Total Votes | Friends'

Browse Nearby:
Restaurants | Nightlife | Shopping | Coffee | All

People Who Viewed This Also Viewed...


Elite '08  Meg C.     Compliment
33     Bacon is the new black     Send a Message
168     New York, NY

**3 star rating**     12/19/2007

I like this boutique but I rarely buy anything here. I've bought some nice jewelry here and a great clutch. The store is small, the clothing is designer and looks good on skinny bodies I think. I did get a fun waffle knit shirt there with a skull on it that I wear a lot. Skull clothing is awesome. Ha.

Bookmark     Send to a Friend     Link to This Review

Was this review ...?                              Flag this review


Daphne
◻◻◻◻◻ 1 review
Neighborhood: Manhattan/Upper West Side
Category: Accessories


Olive & Bette's
◻◻◻◻ 2 reviews
Neighborhood: Manhattan/Upper West Side


Olive & Bette's Company
◻◻◻◻ 2 reviews
Neighborhood: Manhattan/Upper West Side
Category: Accessories

Elite '08  Irene S.     Compliment
438     I'm gonna be all over you like egg on a bowl of bibimbop     Send a Message
507     San Francisco, CA

**4 star rating**     09/08/2006

If Foley and Corinna is sold out of the bag you're lusting over, head to Wink for it has a healthy Anna Corinna selection. I might add that their price point seems to be lower than other boutiques, which is great because us shopaholics need all the help we can get.

And while courtesy can be rather scarce in a city where tips are an entitlement rather than a by-product of being painstakingly attentive without sacrificing dignity, Haley, who I believe is the owner, is a doll, engaging with clients like the sister you never had.

Bookmark     Send to a Friend     Link to This Review

Was this review ...?     .... (3)     .... (2)     .... (5)     Flag this review

Shop
◻◻◻◻ 3 reviews
Neighborhood: Manhattan/Lower East Side
Category: Women's Clothing

Plaza Too
◻◻◻◻ 1 review
Neighborhood: Manhattan/Upper West Side

Related Lists


I Have This Condition...
My Devil Wears Sretsis and 3.1. .... SHOPPING....


Shopping on the Upper ...
The places I hit when I'm too lazy to get on the...

Elite '08  jay h.     Compliment
369     1.21 Gigawatts!!!     Send a Message
706     San Francisco, CA

**4 star rating**     09/03/2006

I fed my shoe addiction here. The sweetest woman I can only assume was the owner helped us out and was very knowledgeable.

She was kick ass and though and admitted when a cute top looked like shit on me. I dig that. Cute little botique and cute ass shoes!!!

Bookmark     Send to a Friend     Link to This Review

Was this review ...?     .... (1)     .... (1)     .... (1)     Flag this review

Susan S.     Compliment
77     won't go to harlem in ermine and pearls, don't dish the dirt with the rest ..     Send a Message
1090     San Francisco, CA

**3 star rating**     First to Review     12/28/2005

UWS side of the downtown favorite.

Bookmark     Send to a Friend     Link to This Review

Was this review ...?                              Flag this review

Jaime S.     Compliment
I love new york, but i hate the yankees

EXHIBIT
L



13  New York, NY                                    Send a Message
131

5 star rating                                                04/28/2006

cute, well-edited selection of mostly accesorries, as much as i try to resist when i walk by, i usually end up wandering in

Bookmark    Send to a Friend    Link to This Review

Was this review ... ?                                        Flag this review

1 to 5 of 5                                        **Write a Review**

                                            Reviews of New York Women's Clothing on Yahoo!

Business Owners | My Account | About Yelp | FAQ | The Weekly Yelp | Yelp Blog | Yelp Mobile | RSS | Developers | Feedback | Jobs

New York Business Listings # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Newly Added

Use of this site is subject to express Terms of Service. By continuing past this page, you agree to abide by these terms
Copyright © 2004-2008 Yelp | Privacy Policy

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego
| San Francisco | San Jose | Seattle | Washington, DC | More Cities

Review Directories | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento |
San Diego | San Francisco | San Jose | Seattle | Washington, DC

Talk Directories | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

Search Directories | Austin | Boston | Chicago | Los Angeles | New York | San Diego | San Francisco | San Jose | Seattle | Washington, DC

EXHIBIT "L"