UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICA...
FILED JUN 1 3 2008

WINK NYC, Inc.

   Plaintiff,

v.

WINK NEW YORK, INC.; and, John Doe 1

   Defendants.

Civil Action No.
08 Civ. 3684 (LTS)

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for plaintiff, WINK NYC, Inc., and defendants, WINK NEW YORK, Inc. and John Doe 1, that Plaintiff WINK NYC, Inc.'s time to answer the counterclaim is extended upon and until June 24, 2008.

Dated: New York, New York
   June 11, 2008

TUCKER & LATIFI, LLP

*Attorneys for Plaintiff*
160 East 84th Street
New York, NY 10028
(212) 472-6262

_____
Ali R. Latifi, Esq.

OFFICE OF MARK ZUCKERMAN,

*Attorney for Defendants*
79 Fieldstone Lane
Valley Stream, NY 11581
(516) 791-3200

_____
Mark Zuckerman, Esq.

SO ORDERED:

_____ 6/12/08
U.S.D.J.