UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WINK NYC, INC, INC.

                          Plaintiff,

v.

WINK NEW YORK, Inc.; and, JOHN DOE 1

                          Defendants.

Civil Action No.
08 CV 03684 (LTS)

---

## ANSWER TO COUNTERCLAIMS

      Counterclaim Defendant, **Wink NYC, Inc.** by and through its attorneys, hereby Answer the Counterclaim.

      1.      Counterclaim Defendant admits the allegations of paragraph 1 of the Counterclaim.

      2.      Counterclaim Defendant denies the allegations of paragraph 2 of the Counterclaim.

      3.      Counterclaim Defendant denies the allegations of paragraph 3 of the Counterclaim.

      4.      Counterclaim Defendant denies the allegations of paragraph 4 of the Counterclaim.

      5.      Counterclaim Defendant denies all the allegations of paragraph 5 of the Counterclaim.

      6.      Counterclaim Defendant denies all the allegations of paragraph 6 of the

Counterclaim.

      7.    Counterclaim Defendant denies all the allegations of paragraph 7 of the Counterclaim.

      8.    Counterclaim Defendant denies all the allegation of paragraph 8 of the Counterclaim.

      9.    Counterclaim Defendant denies all the allegations of paragraph 9 of the Counterclaim.

      10.    Counterclaim Defendant denies all the allegations of paragraph 10 of the Counterclaim.

      11.    Counterclaim Defendant denies all the allegations of paragraph 11 of the Counterclaim.

      12.    Counterclaim Defendant denies all the allegations of paragraph 12 of the Counterclaim.

      13.    Counterclaim Defendant denies all the allegation of paragraph 13 of the Counterclaim.

      14.    Counterclaim Defendant denies all the allegation of paragraph 14 of the Counterclaim.

WHEREFORE, Plaintiff/Counterclaim Defendant respectfully requests the following:

A. For judgment dismissing the Counterclaim with prejudice;

B. Awarding Plaintiff/Counterclaim Defendant their costs, expenses and reasonable attorneys' fees as permitted by law;

C. Awarding Plaintiff/Counterclaim Defendant such other and further relief as the Court

deems just and equitable.

Dated:  New York, New York
       June 24, 2008

                                        Respectfully submitted,

                                        TUCKER & LATIFI, LLP
                                        *Attorneys for Plaintiff*
                                        160 East 84th Street
                                        New York, NY 10028
                                        (212) 472-6262

                                        _____
                                        Ali R. Latifi (AL 3620)

## CERTIFICATE OF SERVICE

I, Ali R. Latifi, hereby certify that a true copy of the attached Answer to Counterclaim was served upon Defendant/Counterclaim Plaintiff by electronic transmittal to the Southern District of New York's ECF System and first class mail addressed to Defendant/Counterclaim Plaintiff's counsel on June 24, 2004 as follows:

        Mark Zuckerman, Esq.
        79 Fieldstone Lane
        Valley Stream, NY 11581

_____
Ali R. Latifi